[No. 2558–2.  Division Two.  April 19, 1978.]

ROBERT AKKERMAN, ET AL, *Respondents,* v. CHRISTIAN PALZER, *Appellant,* MATTHEW E. EDMONDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Mason County, No. 12162, Gerry L. Alexander, J., entered August 26, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 3213–2.  Division Two.  April 19, 1978.]

*In the Matter of the Marriage of* M. I. ORTH, *Respondent, and* FREDERICK J. ORTH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–75676, W. R. Cole, J., entered October 16, 1976. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, A.C.J., and Soule, J.

[No. 2606–2.  Division Two.  April 19, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. KEITH NASON, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 4706, D. J. Cunningham, J., entered September 23, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.